**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
----------------------------------------------------  x
AES CORPORATION,                                       :
                                                       :
                    Petitioner,                        :
                                                       :
        - against -                                    :   Civil Action No. 1:25-cv-02540-RBW
                                                       :
ARGENTINE REPUBLIC,                                    :
                                                       :
                    Respondent.                        :
                                                       :
----------------------------------------------------  x
```

**JOINT MOTION TO EXTEND THE RESPONSE DEADLINE ON THE PETITION**

Petitioner AES Corporation ("Petitioner") and Respondent the Argentine Republic (the "Republic"; together, the "Parties") respectfully move this Court to extend the time for the Republic to serve an answer or otherwise respond to the Petition and to move to stay the proceeding in the above-captioned action.

In support of this Joint Motion, the Parties state as follows:

1.   Petitioner filed the Petition on August 4, 2025, seeking recognition and enforcement of an arbitral award (the "Award") issued against the Republic on May 30, 2025 in an arbitration conducted under the Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the "ICSID Convention"), under 22 U.S.C. § 1650a and Article 54 of the ICSID Convention.  (ECF No. 1.)

2.   On September 26, 2025, the Republic timely filed an application (the "Annulment Application") under Article 52 of the ICSID Convention, seeking annulment of the Award.   The parties' briefing on the Annulment Application is scheduled to conclude by January 2027, and a hearing is set for March 2027.  Accordingly, the Republic intends to move to

stay this action pending resolution of the Annulment Application.  Petitioner intends to oppose any such motion.

3.     Pursuant to 28 U.S.C. § 1608(d) of the Foreign Sovereign Immunities Act ("FSIA"), the Republic shall serve an answer or otherwise respond to the Petition within sixty days after service has been made under the FSIA.

4.     The Parties jointly seek to resolve any disputes regarding the completion, sufficiency, and timing of service of the Petition under the FSIA as consideration for an extension of the Republic's deadline under 28 U.S.C. § 1608(d) to serve its answer or otherwise respond to the Petition.  The Parties also seek to coordinate briefing on the Republic's anticipated stay motion with any motion by the Republic to dismiss the Petition.  Specifically:

   a.     If the Republic's deadline to serve its answer or otherwise respond to the Petition is extended to the date that is 75 days from the date of entry of the Proposed Order, the Republic will (i) agree that service of the Petition has been completed under the FSIA and shall not object to the sufficiency of service of the Petition, and (ii) file its anticipated stay motion concurrent with any motion to dismiss the Petition in a single comprehensive submission.  If the Republic elects instead to answer the Petition, that answer shall be filed separately from its stay motion, also within 75 days from the date of entry of the Proposed Order.

   b.     Upon filing of the above mentioned motion(s), the parties shall jointly propose a briefing schedule to the Court for subsequent submissions.

5.     This Joint Motion is the Parties' first request for extension of time in this matter.  The Court has not yet scheduled any deadlines in this matter.

6.      There is good cause to grant the Parties' Joint Motion.  The requested extension will resolve any disputes regarding the completion, sufficiency, and timing of service under the FSIA in exchange for a brief extension of the Republic's time to answer or otherwise respond to the Petition.  It will also facilitate coordinated briefing of the stay motion with any motion to dismiss, which will conserve the Court's and Parties' resources.  The Joint Motion is not intended to hinder or delay this Court's proceedings.

7.      A Proposed Order is attached to this Joint Motion.

### **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court (a) grant the Joint Motion to Extend the Response Deadline On the Petition; and (b) enter the Proposed Order associated with this Joint Motion.

Dated: July 24, 2026

Respectfully submitted,

/s/ *Elliot Friedman*
Elliot Friedman (D.D.C. Bar No. NY0106)
Samuel E. Prevatt (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY  100071
Telephone:    (212) 277-4000
elliot.friedman@freshfields.com
sam.prevatt@freshfields.com

James Hosking (*pro hac vice*)
Caline Mouawad (*pro hac vice*)
Andreas A. Frischknecht (D.D.C. Bar No. NY0213)
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY  10019
Telephone:    (212) 257-6960
j.hosking@chaffetzlindsey.com
c.mouawad@chaffetzlindsey.com
a.frischknecht@chaffetzlindsey.com

*Counsel for AES Corporation*

/s/ *Amanda F. Davidoff*
Amanda F. Davidoff (D.C. Bar No. 978033)
Stephanie M. Kelly (D.C. Bar No. 1671765)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006-5215
Telephone:    (202) 956-7500
Facsimile:    (202) 293-6330
davidoffa@sullcrom.com
kellys@sullcrom.com

Sergio J. Galvis (NY Reg. No. 1934264)
(*pro hac vice forthcoming*)
Qingyang Song (NY Reg. No. 5925474)
(*pro hac vice forthcoming*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
galviss@sullcrom.com
songq@sullcrom.com

*Counsel for the Argentine Republic*

-4-

-5-

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on July 24, 2026, I caused the foregoing Joint Motion to Extend the Response Deadline On the Petition to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

/s/ *Amanda F. Davidoff*
Amanda F. Davidoff

*Counsel for the Argentine Republic*