**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------ x
AES CORPORATION,                               :
                                               :
                    Petitioner,                :
                                               :
        - against -                            :    Civil Action No. 1:25-cv-02540-RBW
                                               :
ARGENTINE REPUBLIC,                            :
                                               :
                    Respondent.                :
                                               :
------------------------------------------------------ x
```

## [PROPOSED] ORDER

Upon consideration of Petitioner's and Respondent's Joint Motion to Extend the Response Deadline on the Petition, and for the reasons set forth therein, it is on this _____ day of _____, hereby:

**ORDERED** that Petitioner's and Respondent's Joint Motion is **GRANTED**. Respondent agrees that service of the Petition has been completed under 28 U.S.C. § 1608(d) and shall not object to the sufficiency of service of the Petition.  Respondent shall answer or otherwise respond to the Petition, and shall file any motion to stay the proceeding, within 75 days of entry of the Order.  If Respondent elects to move to dismiss the Petition, it shall file its motion to dismiss concurrent with its anticipated stay motion in a single comprehensive submission.

**SO ORDERED.**

_____

Honorable Reggie B. Walton
United States District Court Judge