**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AES CORPORATION,<br><br>Petitioner,<br><br>- against -<br><br>ARGENTINE REPUBLIC,<br><br>Respondent. | Civil Action No. 1:25-cv-02540-RBW |

**DECLARATION OF AMANDA F. DAVIDOFF.**

I, Amanda F. Davidoff, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Respondent the Argentine Republic (the "Republic") in the above-captioned action. I make this Declaration in order to place before this Court certain documents referenced in the Republic's Memorandum of Points and Authorities in Support of its Motion to Stay the Proceeding.

2. Attached hereto are true and correct copies of the following.

| **Exhibit** | **Description of Exhibit** |
|---|---|
| Exhibit 1 | Certified translation of the Application of the Argentine Republic for Annulment and Stay of Enforcement of the Award, dated September 26, 2025, ICSID Case No. ARB/02/17 |
| Exhibit 2 | Decision on the Stay of Enforcement of the Award, dated April 9, 2026, ICSID Case No. ARB/02/17 |
| Exhibit 3 | Letter from Carlos Molina Esteban, Secretary of the ICSID *ad hoc* Committee, to the AES Corporation and the Argentine Republic, dated July 9, 2026 |
| Exhibit 4 | Revised Procedural Calendar, issued on September 10, 2026, ICSID Case No. ARB/02/17 |

| | |
|---|---|
| Exhibit 5 | Procedural Order No. 2, issued on March 12, 2026, ICSID Case No. ARB/02/17 |
| Exhibit 6 | Excerpts of IMF Staff Report for the 2026 Article IV Consultation, Second Review Under the Extended Arrangement Under the Extended Fund Facility, Requests for a Waiver of Nonobservance of a Performance Criterion, Modification of Performance Criteria, and Financing Assurances Review, dated May 8. 2026 |
| Exhibit 7 | Certified translation of excerpts of Argentine Ministry of Defense 2026 Budget, available at https://www.argentina.gob.ar/sites/default/files/presupuesto_ministerio_de_defensa_2026.pdf |
| Exhibit 8 | Certified translation of excerpts of Argentine Ministry of Justice 2026 Budget, available at https://www.argentina.gob.ar/sites/default/files/p26j40_-_mj-oa.pdf |
| Exhibit 9 | Certified translation of excerpts of Argentine Ministry of Health 2026 Budget, available at https://www.argentina.gob.ar/sites/default/files/presupuesto_2026_msal.pdf |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2026
Washington, D.C.

/s/ *Amanda F. Davidoff*
Amanda F. Davidoff (D.C. Bar No. 978033)