# Davidoff Declaration
# Exhibit 4

*AES Corporation v. Argentine Republic*
(ICSID Case No. ARB/02/17)
Annulment Proceeding

Revised Procedural Calendar

| **Procedural Step** | **By** | **Date** |
|---|---|---|
| Application for Continuation of the Stay of Enforcement of the Award | Argentina | February 6, 2026 (as ordered in PO1) |
| Opposition to Application for Continuation of the Stay of Enforcement of the Award | AES | February 20, 2026 (as ordered in PO1) |
| Reply on Continuation of the Stay of Enforcement of the Award | Argentina | February 27, 2026 (as ordered in PO1) |
| Rejoinder on Continuation of the Stay of Enforcement of the Award | AES | March 6, 2026 (as ordered in PO1) |
| First Session | All | March 10, 2026 |
| Memorial on Annulment | Argentina | June 19, 2026 |
| Counter-Memorial on Annulment | AES | **September 28, 2026** |
| Reply on Annulment | Argentina | **November 30, 2026** |
| Rejoinder on Annulment | AES | **February 1, 2027** |
| Pre-Hearing Organizational Meeting | All | **February 5, 2027** |
| Hearing on Annulment | All | **March 11-12, 2027**; plus one day in reserve for Committee deliberations |
| Post-Hearing Submissions | Both Parties | TBD, if directed by the Committee |
| Costs Submissions | Both Parties | TBD |