**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AES CORPORATION,<br><br>Petitioner,<br><br>- against -<br><br>ARGENTINE REPUBLIC,<br><br>Respondent. | Civil Action No. 1:25-cv-02540-RBW |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the briefing schedule jointly proposed by Petitioner and Respondent and set forth below, it is on this _____ day of _______________, hereby:

**ORDERED** that if Petitioner elects to oppose Respondent's Motion to Stay the Proceeding (ECF No. 24), it shall file its Opposition on or before November 6, 2026, and Respondent shall file its Reply in support of its Motion to Stay the Proceeding on or before November 24, 2026.

**ORDERED** that the parties shall jointly propose a briefing schedule to the Court for subsequent submissions within seven days of either (i) resolution of the Republic's application for annulment by the *ad hoc* Committee in ICSID Case No. ARB/02/17, if Respondent's Motion to Stay the Proceeding is granted; or (ii) this Court's denial of Respondent's Motion to Stay the Proceeding.

Dated: October 20, 2026

/s/ *Samuel E. Prevatt*
Elliot Friedman (D.D.C. Bar No. NY0106)
Samuel E. Prevatt (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 100071
Telephone: (212) 277-4000
elliot.friedman@freshfields.com
sam.prevatt@freshfields.com

James Hosking (*pro hac vice*)
Caline Mouawad (*pro hac vice*)
Andreas A. Frischknecht (D.D.C. Bar No. NY0213)
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: (212) 257-6960
j.hosking@chaffetzlindsey.com
c.mouawad@chaffetzlindsey.com
a.frischknecht@chaffetzlindsey.com

*Counsel for AES Corporation*

/s/ *Amanda F. Davidoff*
Amanda F. Davidoff (D.C. Bar No. 978033)
Stephanie M. Kelly (D.C. Bar No. 1671765)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 956-7676
davidoffa@sullcrom.com
kellys@sullcrom.com

Sergio J. Galvis (NY Reg. No. 1934264) (*pro hac vice*)
Qingyang Song (NY Reg. No. 5925474) (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
galviss@sullcrom.com
songq@sullcrom.com

*Counsel for the Argentine Republic*

**SO ORDERED.**

________________________________
Honorable Reggie B. Walton
United States District Court Judge