**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE AES CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>ARGENTINE REPUBLIC,<br><br>Respondent. | Civil Action No. 1:25-cv-02540-RBW |

## DECLARATION OF ELLIOT FRIEDMAN

I, Elliot Friedman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Freshfields US LLP, counsel to Petitioner, The AES Corporation ("AES"), in this proceeding. I am also one of AES's representatives in the annulment proceeding before the *ad hoc* Committee appointed by the International Centre for Settlement of Investment Disputes ("ICSID") in *AES Corporation v. Argentine Republic*, ICSID Case No. ARB/02/17.

2. On September 3, 2025, AES delivered copies of the Petition and related documents to Argentina under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 63 ("Hague Service Convention"). On September 7, 2026, Argentina returned a completed certificate (dated September 3, 2026) in accordance with Article 6 of the Hague Service Convention, which I received via email with attachments. The certificate confirms that service was completed per the Hague Service Convention on June 8, 2026.

3. Argentina has still not paid AES any portion of the award in *AES Corporation v. Argentine Republic*, ICSID Case No. ARB/02/17.

4. Attached hereto are true and correct copies of the following.

| **Exhibit** | **Description of Exhibit** |
|---|---|
| Exhibit A | Email from Argentina's designated Central Authority for the Hague Service Convention (the Ministry of Foreign Affairs, International Trade and Worship) to Elliot Friedman dated September 7, 2026, attaching:<br>(i) cover letter dated September 4, 2026;<br>(ii) Hague Service Convention certificate dated September 3, 2026, confirming service of process on June 8, 2026; and<br>(iii) ruling of the Argentine Federal Administrative Litigation Court No. 11 dated August 30, 2026),<br>with certified English translations |
| Exhibit B | Email from Elliot Friedman to the ICSID *ad hoc* Committee, dated June 30, 2026 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2026
New York, NY

/s/ *Elliot Friedman*

Elliot Friedman
(D.C. Bar No. NY0106)