# Exhibit A

**From:** cooperacion-civil@mrecic.gov.ar
**Sent:** Monday, September 7, 2026 10:50 AM
**To:** FRIEDMAN, Elliot (EF); victoria.abut@freshfields.com
**Subject:** COPMC - MUY URGENTE - HCCH - R/diligencias - "AES CORPORATION c/ REPÚBLICA ARGENTINA" - CASO ICSID N° ARB/02/17 - CARPE 1960/2025 - EX-2025-90665155- -APN-DGD#MRE - Estados Unidos
**Attachments:** NO-2026-86073055-APN-DAJI%MRE.pdf

**De mi mayor consideración,**

En este mail se adjunta Nota Ref. NO-2026-86073055-APN-DAJI#MRE que guarda relación con los autos mencionados en la misma.

La nota puede contener archivos embebidos, en ese caso los podrá visualizar descargado el archivo como se indica en la misma. Para poder visualizarlos es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegarán los archivos embebidos.

Se sugiere en ese caso abrir la nota descargada utilizando el programa Adobe Reader.

En caso que no se especifique que se adjuntan archivos embebidos, la nota no tendrá los mismos.

Por último solicito confirmar la recepción.

Sin otro particular saluda atentamente,

Ministerio de Relaciones Exteriores, Comercio Internacional y Culto
República Argentina

**Cooperación Juridica Internacional en Materia Civil, Comercial, Laboral y Administrativa.**
**Dirección de Asistencia Jurídica Internacional**
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto
https://www.cancilleria.gob.ar/es/asistencia-juridica-internacional
Teléfono: (54 11) 4819 - 7385 / 7629 / 8320
Esmeralda 1212, piso 4°, of. 402 (C1007ABR)
Ciudad Autónoma de Buenos Aires, Argentina.

---

*Cuidemos el medio ambiente. Por favor no imprima este correo si no es necesario.*

República Argentina - Poder Ejecutivo Nacional
Año de la Grandeza Argentina

**Nota**

**Número:** NO-2026-86073055-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Viernes 4 de Septiembre de 2026

**Referencia:** COPMC - MUY URGENTE - HCCH - R/diligencias - "AES CORPORATION c/ REPÚBLICA ARGENTINA" - CASO ICSID N° ARB/02/17 - CARPE 1960/2025 - EX-2025-90665155- -APN-DGD#MRE - Estados Unidos

**A:** (C/PDF/MUR) At. Elliot Friedman (elliot.friedman@freshfields.com), c.copia: Victoria Abut (victoria.abut@freshfields.com),

**Con Copia A:**

---

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en carácter de Autoridad Central designada en el Convenio de La Haya de 15 de noviembre de 1965 sobre la Notificación o Traslado en el extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, en relación con la petición de notificación y documentación remitidas en la causa **"AES CORPORATION C/ ARGENTINE REPUBLIC - CASO ICSID N° ARB/02/17"**, en trámite ante la Corte de Distrito de los Estados Unidos para el Distrito de Columbia, Estados Unidos de América.

Al respecto, cumplo en remitir las constancias de diligenciamiento de la solicitud que tenía por objeto notificar a la República Argentina, con su "Certificado" conforme lo dispuesto en el art. 6 del citado Convenio.

Sobre el particular, y a los fines de ampliar cualquier información que se estime necesaria y/o aclarar cualquier inquietud, esta Dirección se encuentra a disposición vía correo electrónico en la siguiente dirección: cooperacion-civil@mrecic.gov.ar

Se adjunta documentación mencionada en archivo pdf.-

Se ruega acusar recibo.

-----------------

*courtesy translation*

*I am pleased to write to you in my capacity as the Central Authority designated under the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, regarding the request for service and documentation submitted in the case* ***'AES CORPORATION C/ ARGENTINE REPUBLIC - CASE ICSID N° ARB/02/17'****, pending before the United States District Court for the District of Columbia.*

*In this regard, I hereby enclose the evidence of the processing of the request, the purpose of which was to notify the Argentine Republic, together with its 'Certificate' in accordance with the provisions of Article 6 of the aforementioned Convention.*

*In this regard, and in order to provide any further information deemed necessary and/or to clarify any queries, this Directorate is at your disposal via email at the following address: cooperacion-civil@mrecic.gov.ar*

*The aforementioned documentation is attached as a PDF file.*

*Please confirm receipt.*

*cbw*

Sin otro particular saluda atte.

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
Date: 2026.09.04 15:26:22 -03:00

Mariela Bondar
A cargo de la Dirección
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
Date: 2026.09.04 15:26:23 -03:00

# CERTIFICADO
CERTIFICATE
*ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ **1. que el documento ha sido notificado o trasladado***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **– el (fecha):** the (date) / *le (date)* : | 08/06/2026 |
| **– en (localidad, calle, número):** at (place, street, number) / *à (localité, rue, numéro)* : | Procuración del Tesoro de la Nación |

**– según uno de los siguientes modos autorizados por el artículo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☒ | *a)* | **según lo dispuesto en el artículo 5, párrafo primero, letra a)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **según el siguiente modo particular de notificación o traslado*:** in accordance with the following particular method*: *selon la forme particulière suivante* :* ——— |
| ☐ | *c)* | **entrega al destinatario si lo acepta voluntariamente*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Los documentos indicados en la solicitud han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identidad y calidad en que actúa de la persona:** Identity and description of person: *Identité et qualité de la personne :* | Procuración del Tesoro de la Nación |
| **Vínculos de parentesco, profesionales u otros, con el destinatario del documento:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | ——— |

☐ **2. que el documento no ha sido notificado o trasladado, en razón a los siguientes hechos*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

———

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se solicita al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anexos***
Annexes / *Annexes*

| | |
|---|---|
| **Documentos enviados:** Documents returned: *Pièces renvoyées :* | Proveído del 30/08/2026 |
| **En su caso, los documentos que acrediten la notificación o traslado:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | ——— |

* Si procede
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Hecho en** Buenos Aires Done at / *Fait à* **el** 03/09/2026 the / *le* | **Firma y / o sello** Signature and/or stamp / *Signature et / ou cachet* ——— |

MINISTERIO DE RELACIONES EXTERIORES Y CULTO

Poder Judicial de la Nación

JUZGADO CONTENCIOSO ADMINISTRATIVO FEDERAL 11

36256 / 2025

AES CORPORACION C REPUBLICA ARGENTINA

Buenos Aires, de agosto de 2026.- SMG

Visto lo solicitado corresponde dar respuesta haciendo saber que se cumplió con la rogatoria el día 08/06/26 por deox.

A tal efecto líbrese **correo electrónico al remitente** adjuntando esta providencia y haciendo saber que la causa se encuentra para la consulta pública en www.pjn.gov.ar

Atento lo solicitado se hace saber al requirente que el 08/06/26 se libro deox a la PROCURACION DEL TESORO en los siguientes terminos:

| | | | |
|---|---|---|---|
| 08/06/2026 | DEO | DEOX | Envio DEO a Entidad Externa: 23433478 - Oficio Comunicación - 60000014292 - PROCURACIÓN DEL TESORO DE LA NACION (NO TRASLADOS DE DEMANDAS / NO COMUNICACIONES LEY 25.344) |

*Oficio Electrónico Judicial - DEO N°:*

*Expediente:*

*Destino:*

*Motivo:*

*CAF - JUZGADO CONTENCIOSO ADMINISTRATIVO FEDERAL 11CAF 36256/2025 - AES CORPORATION C REPUBLICA ARGENTINA60000014292 - PROCURACIÓN DEL TESORO DE LA NACION (NOTRASLADOS DE DEMANDAS / NO COMUNICACIONES LEY 25.344)*

*Se libra el presente a fin de hacer saber que se procede dar tramite delexhorto remitido por a través del Ministerio de Relaciones Exteriores("...Tengo el agrado de dirigirme a Ud. en mi carácter de*

*AutoridadCentral designada en el Convenio de La Haya de 15 de noviembre de1965 sobre la Notificación o Traslado en el extranjero de DocumentosJudiciales y Extrajudiciales en Materia Civil o Comercial, en relación con los autos caratulados "AES CORPORATION c/ REPÚBLICA ARGENTINAS/NOTIFICACIÓN" en trámite ante la Corte del Distrito de los Estados Unidos para el Distrito de Columbia, con el objeto de remitirle adjunto un exhorto radicado ante ese Juzgado en el Expte. N° CAF 36256/2025, ysolicitarle tenga a bien disponer su diligenciamiento de oficio. La rogatoria, librada en los términos delcitado Convenio, tiene por objeto notificar a la República Argentina -Procuración del Tesoro de la Nación - en calidad de parte demandada*

Validity Unknown

Digitally signed by DIEGO MARTIN CORMICK
Date: 2026.08.30 23:46:35 ART

TRANSPERFECT

I, David Serafino, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following documents from Spanish to English.

- Certificado
- Email from Ministerio de Relaciones Exteriores, Comercio Internacional y Culto to Freshfields (7 Sep 2026)
- Proveido 30.08.26

November 5, 2026

**From:** cooperacion-civil@mrecic.gov.ar
**Sent:** Monday, September 7, 2026 10:50 AM
**To:** FRIEDMAN, Elliot (EF); victoria.abut@freshfields.com
**Subject:** COPMC - VERY URGENT - HCCH - Re/proceedings - "AES CORPORATION v. REPUBLIC OF ARGENTINA" - ICSID CASE No. ARB/02/17 - CARPE 1960/2025 - EX-2025-90665155- -APN-DGD#MRE - United States
**Attachments:** NO-2026-86073055-APN-DAJI%MRE.pdf

**To whom it may concern,**

Please find attached to this email Ref. Note NO-2026-86073055-APN-DAJI#MRE which relates to the case files mentioned therein.

The note may contain embedded files; in that case, you can view them by downloading the file as indicated therein. To view them, it is necessary to download the note, and on the left margin, select the paperclip symbol; the embedded files will be displayed there.

In that case, it is recommended that you open the downloaded note using Adobe Reader.

In the event that it is not specified that embedded files are attached, the note does not contain them.

Finally, I request confirmation of receipt.

Sincerely,

[emblem:] **Ministry of Foreign Affairs,**
**International Trade and Worship**
Republic of Argentina

**International Legal Cooperation in Civil, Commercial, Labor and Administrative Matters.**
**Directorate of International Legal Assistance**
Ministry of Foreign Affairs, International Trade and Worship
https://www.cancilleria.gob.ar/es/asistencia-juridica-internacional
Telephone: (54 11) 4819 - 7385 / 7629 / 8320
Esmeralda 1212, 4th floor, Office 402 (C1007ABR)
Autonomous City of Buenos Aires, Argentina.

*Let's take care of the environment. Please do not print this email if it is not necessary.*

# CERTIFICADO
CERTIFICATE
*ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention*,

☒ **1. que el documento ha sido notificado o trasladado***
that the document has been served *
*que la demande a été exécutée**

| | | |
|---|---|---|
| – | **el (fecha):** the (date) / *le (date) :* | 08/06/2026 |
| – | **en (localidad, calle, número):** at (place, street, number) / à *(localité, rue, numéro) :* | Office of the National Treasury Attorney General |

| | | |
|---|---|---|
| – | | **según uno de los siguientes modos autorizados por el artículo 5:** in one of the following methods authorised by Article 5: *dans une des formes suivantes prévues à l'article 5 :* |
| ☒ | *a)* | **según lo dispuesto en el artículo 5, párrafo primero, letra a)*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **según el siguiente modo particular de notificación o traslado*:** in accordance with the following particular method*: *selon la forme particulière suivante*:* __________ |
| ☐ | *c)* | **entrega al destinatario si lo acepta voluntariamente*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Los documentos indicados en la solicitud han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identidad y calidad en que actúa de la persona:** Identity and description of person: *Identité et qualité de la personne* : | Office of the National Treasury Attorney General |
| **Vínculos de parentesco, profesionales u otros, con el destinatario del documento:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | ________ |

☐ **2. que el documento no ha sido notificado o trasladado, en razón a los siguientes hechos*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants** **:**

________

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se solicita al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anexos***
*Annexes / Annexes*

| | |
|---|---|
| **Documentos enviados:** Documents returned: *Pièces renvoyées* : | Order of 30/08/2026 |
| **En su caso, los documentos que acrediten la notificación o traslado:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | ________ |

[stamp:]
[emblem:]
MINISTRY OF FOREIGN AFFAIRS AND WORSHIP

* Si procede
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Hecho en** Buenos Aires Done at / *Fait à* **el** 03/09/2026 the / *le* | **Firma y / o sello** Signature and/or stamp / *Signature et [illegible] ou cachet* ________ |

[emblem:]

Judiciary of the Nation

FEDERAL ADMINISTRATIVE LITIGATION COURT

COURT 11

36256 / 2025

AES CORPORATION v. ARGENTINE REPUBLIC

Buenos Aires, August 2026.- SMG

In light of the request, a response should be provided stating that the formal request was fulfilled on 08/06/2026 via DEOX.

To this end, send an **email to the sender**, attaching this ruling and informing them that the case file is available for public consultation at www.pjn.gov.ar.

In response to the request, the requesting party is informed that on June 8, 2026, a DEOX was issued to the OFFICE OF THE TREASURY ATTORNEY GENERAL in the following terms:

| | | | |
|---|---|---|---|
| 08/06/2026 | DEO | DEOX | DEO Delivery to External Entity: 23433478 - Official Communication - 60000014292 - OFFICE OF THE NATIONAL TREASURY ATTORNEY GENERAL (NO SERVICE OF LAWSUITS / NO COMMUNICATIONS UNDER LAW 25.344) |

*Electronic Judicial Communication - DEO No.:*

*Case File:*

*Destination:*

*Subject:*

*CAF - FEDERAL ADMINISTRATIVE LITIGATION COURT 11 CAF 36256/2025 - AES CORPORATION v. ARGENTINE REPUBLIC 60000014292 - NATIONAL TREASURY ATTORNEY GENERAL'S OFFICE (NO SERVICE OF LAWSUITS / NO COMMUNICATIONS UNDER LAW 25.344)*

*This document is issued to give notice that the letter rogatory, transmitted via the Ministry of Foreign Affairs, is being processed.*

[barcode]
#40472917#515028934#20260825081746405

*"...I am pleased to address you in my capacity as the Central Authority designated under the Hague Convention of November 15, 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, in connection with the case titled 'AES CORPORATION v. ARGENTINE REPUBLIC – SERVICE OF PROCESS,' currently pending before the United States District Court for the District of Columbia, for the purpose of forwarding to you an attached letter rogatory filed with that Court in the case file No. CAF 36256/2025, and to request that you please arrange for its service ex officio. The purpose of the letter rogatory, issued in the terms of the aforementioned Convention, is to notify the Argentine Republic - Office of the National Treasury Attorney General - as the defendant*

[e-signature]

Validity Unknown

Digitally signed by DIEGO MARTIN CORMICK

Date: 08.30.2026 11:46:35 p.m. ART

[barcode]

#40472917#515028934#20260825081746405