# Exhibit B

**From:** FRIEDMAN, Elliot (EF)
**Sent:** Tuesday, June 30, 2026 3:29 PM
**To:** Carlos Molina Esteban; marc.michael@aes.com; Daniel.devougas@aes.com; James Hosking; Caline Mouawad; m.flores@chaffetzlindsey.com; a.alfaro@chaffetzlindsey.com; ignacio.minorini.lima@bruchoufunes.com; BLACKABY KC, Nigel (NAB); PREVATT, Sam; RAMIREZ, Pedro; $Project AES Annulment; grupo_ciadi
**Cc:** Ivania Fernandez; Sebastian Shepherd; ARB/02/17/annulment1 @icsidcases.worldbank.org
**Subject:** RE: AES Corporation v. Argentine Republic (ICSID Case No. ARB/02/17 ) – Annulment

Dear Mr. Molina,

We would be grateful if you could please convey the following to the Committee, in response to its invitation to comment on Argentina's June 23 letter:

Dear Members of the Committee,

The Committee's Decision requires Argentina to provide "an unconditional and irrevocable bank guarantee, issued by a reputable international bank, covering the full amount of the capital and interest owed to AES under the Award." (Decision, para 108(a).) AES's proposal does precisely that. Under the Decision, therefore, the remaining step is for the Committee to direct Argentina to provide security within 30 days, failing which the stay "shall be lifted automatically." (Decision, paras 108(f), 110.)

Argentina's June 23 letter makes clear that it will not comply with the Committee's direction. Argentina states that it is not "feasible" to provide security in the full amount of the Award. In other words, Argentina has informed the Committee that it *will not* provide the security that the Committee's Decision requires.

In those circumstances, there is no reason to proceed through a 30-day period that serves no practical purpose. The appropriate course, respectfully, is to lift the stay now.

As a final note, Argentina's assertion that it is not "feasible" is unsupported and, in any event, beside the point. Argentina offers no evidence to explain its claimed inability to obtain the required guarantee. Nor does it explain why it was able to provide a guarantee worth hundreds of millions of euros in the *Palladian* proceeding but cannot do so here. More fundamentally, the Committee has already considered and rejected this very argument. (See Reply, paras 59-60; Decision, para 102.) There is no basis to revisit that conclusion.

Respectfully submitted,
Elliot Friedman

**Elliot Friedman**
Partner

**Freshfields US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
**T** +1 212 230 4666
**C** +1 917 238 1506
elliot.friedman@freshfields.com

**From:** Carlos Molina Esteban <cmolinaesteban@worldbank.org>
**Sent:** Monday, June 29, 2026 9:53 AM
**To:** marc.michael@aes.com; Daniel.devougas@aes.com; James Hosking <j.hosking@chaffetzlindsey.com>; Caline Mouawad <c.mouawad@chaffetzlindsey.com>; m.flores@chaffetzlindsey.com; a.alfaro@chaffetzlindsey.com; ignacio.minorini.lima@bruchoufunes.com; BLACKABY KC, Nigel (NAB) <nigel.blackaby@freshfields.com>; FRIEDMAN, Elliot (EF) <elliot.friedman@freshfields.com>; PREVATT, Sam <sam.prevatt@freshfields.com>; RAMIREZ, Pedro <Pedro.RAMIREZ@freshfields.com>; $Project AES Annulment <$ProjectAESAnnulment@freshfields.com>; grupo_ciadi <grupo_ciadi@ptn.gob.ar>
**Cc:** Ivania Fernandez <ifernandez1@worldbank.org>; Sebastian Shepherd <sshepherd@worldbank.org>; ARB/02/17/annulment1@icsidcases.worldbank.org
**Subject:** AES Corporation v. Argentine Republic (ICSID Case No. ARB/02/17 ) – Annulment

Dear Counsel,

I write on instructions of the *ad hoc* Committee, concerning the parties' communications of June 23, 2026.

In its communication of that date, the Argentine Republic indicated "*Como fue oportunamente comunicado a AES y explicado al Comité, en este momento no es viable para Argentina obtener una garantía por el monto total del Laudo*."

In light of the above, the Committee invites The AES Corporation to submit any comments it may have on this statement by **July 3, 2026**.

Sincerely,

**Carlos Molina**
Legal Counsel | Consejero Jurídico
1818 H Street, NW | MSN C3-300 | Washington, DC 20433 USA
T +1 202-468-6308 | cmolinaesteban@worldbank.org

Confidential

**From:** Ivania Fernandez <ifernandez1@worldbank.org>
**Sent:** Tuesday, June 23, 2026 11:11 PM
**To:** grupo_ciadi@ptn.gob.ar; j.hosking@chaffetzlindsey.com; c.mouawad@chaffetzlindsey.com; m.flores@chaffetzlindsey.com; a.alfaro@chaffetzlindsey.com; nigel.blackaby@freshfields.com; pedro.ramirez@freshfields.com; elliot.friedman@freshfields.com; sam.prevatt@freshfields.com; $ProjectAESAnnulment@freshfields.com; ignacio.minorini.lima@bruchoufunes.com; marc.michael@aes.com; daniel.devougas@aes.com
**Cc:** Carlos Molina Esteban <cmolinaesteban@worldbank.org>; ARB/02/17/annulment1@icsidcases.worldbank.org
**Subject:** AES Corporation v. Argentine Republic (ICSID Case No. ARB/02/17 ) – Annulment - Parties simultaneous submissions of June 23, 2026

Dear Counsel,

I acknowledge our receipt today of the Parties' simultaneous submissions in response to the Committee's communication of June 10, 2026.

We will forward the communications to the Members of the *ad hoc* Committee by separate email.

Sincerely,

**Ivania Fernandez**
Paralegal
1818 H Street, NW | MSN J2-200 | Washington, DC 20433 USA
T +1 202-473-7013 | F 202-522-2615/2027 | ifernandez1@worldbank.org

ICSID | International Centre for Settlement of Investment Disputes
WORLD BANK GROUP

Confidential