**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE AES CORPORATION,<br>Petitioner,<br>v.<br>ARGENTINE REPUBLIC,<br>Respondent. | Civil Action No. 1:25-cv-02540-RBW |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 83.2(c) of the Local Civil Rules of the United States District Court for the District of Columbia, I, Elliot Friedman, a member in good standing of the bar of this Court, hereby move for an Order permitting

Sasha P. Aristotle
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
sasha.aristotle@freshfields.com

to appear *pro hac vice* as counsel for Petitioner The AES Corporation in the above-captioned action in the United States District Court for the District of Columbia.

Dated: November 18, 2026
New York, New York

Respectfully submitted,

By: */s/ Elliot Friedman*

Elliot Friedman (D.D.C. Bar No. NY0106)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Counsel for Petitioner*
*The AES Corporation*