**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AES CORPORATION,<br><br>Petitioner,<br><br>- against -<br><br>ARGENTINE REPUBLIC,<br><br>Respondent. | Civil Action No. 1:25-cv-02540-RBW |

**DECLARATION OF AMANDA F. DAVIDOFF.**

I, Amanda F. Davidoff, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Respondent the Argentine Republic (the "Republic") in the above-captioned action. I make this Declaration in order to place before this Court certain documents referenced in the Republic's Reply in Support of its Motion to Stay the Proceeding.

2. Attached hereto are true and correct copies of the following.

| Exhibit | Description of Exhibit |
|---|---|
| Exhibit 10 | Excerpt of Letter from Nigel Blackaby KC and James M. Hosking to Sebastián Javier Amerio *et al.*, dated April 15, 2026 |
| Exhibit 11 | Certified translation of letter from María Alejandra Etchegorry to the ICSID *ad hoc* Committee, dated May 18, 2026 |
| Exhibit 12 | Letter from Nigel Blackaby KC and James M. Hosking to the ICSID *ad hoc* Committee, dated May 19, 2026 |
| Exhibit 13 | Excerpt of The AES Corporation's Form 10-Q, dated November 3, 2026 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2026
Washington, D.C.

/s/ *Amanda F. Davidoff*
Amanda F. Davidoff (D.C. Bar No. 978033)